UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YIDI XUE,

      Petitioner,

         v.

TODD BLANCHE, et al.,

      Respondents.

CAUSE NO. 3:26-CV-545-CCB-SJF

## ORDER

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on May 29, 2026. ECF 13. The court entered the order granting habeas relief on May 27, 2026. ECF 10.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 10) and to close this case.

SO ORDERED on June 1, 2026.

                               */s/ Cristal C. Brisco*
                               CRISTAL C. BRISCO, JUDGE
                               UNITED STATES DISTRICT COURT